PHILIP KOMISAR v. LOUIS HOCHBERG and Others. WILLIAM COHEN v. LOUIS ⁻ ̇ ⁻ʳBERG and Others. RUTH COHEN v. LOUIS HOCHBERG and Others. WILLIAM

COHEN v. LOUIS HOCHBERG and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.